ACCEPTED
01-14-00648-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/3/2015 10:54:42 PM
CHRISTOPHER PRINE
CLERK

# No. 01-14-00648-CV

In the First Court of Appeals
Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/3/2015 10:54:42 PM
CHRISTOPHER A. PRINE
Clerk

HOWARD WAKEFIELD III and BARRETT WAKEFIELD , *Appellants*,

v.

SAM AYERS AND CLAUDIA AYERS, *Appellees*.

On Appeal from the County Civil Court at Law No. 4 Harris County, Texas
Cause No. 1007580-002

## REQUEST FOR EXTENSION TO FILE APPELANT "Howard Wakefield III" BRIEF

TO THE HONORABLE FIRST COURT OF APPEALS:
Pursuant to Tex. R. App. P. 10.5(b) and 38.6(d), Appellees, SAM AYERS AND CLAUDIA AYERS, respectfully request additional time to file their Appellees' Brief in response to the Brief of Appellant, **Introduction**

1. Appellants are Barrett Wakefield and Howard Wakefield III. Appellees are Sam Ayers and Claudia Ayers.

2. Appellant Howard Wakefield seeks an extension to file his Appellants' Brief in response to the Brief of Appellees Sam and Claudia Ayers

3. This is Appellants' request for an extension of time to file their Appellants' Brief.

## Grounds for Motion

Currently I am right in the middle of Chapter 11 reorganization with ThinAir Wireless Inc. and due to all of the happenings with this case, an extension would help also facilitate for me to potentially have the resources to hire an attorney to represent me in this particular case. Recently I did have a legal opinion letter completed which I am attaching that will be part of the brief if indeed an extension is hopefully granted. Additionally, I just received the Appellees brief and would like the opportunity to respond to it as well.

Respectfully submitted,

By: Howard Wakefield,
appellant represented pro se (currently) February 2, 2015